DEFENDANT: CHRISTINA PORTILLOS

DOB: 1979

ADDRESS:    Colorado Springs, CO   80903


COMPLAINT FILED?        _____ YES    X    NO

OFFENSE: **Count 1:**            18 U.S.C. § 286 - Conspiracy to File False Claims for
                                                             Refund

**Counts 10, 12
14-17, 30**            18 U.S.C. § 287 – False Claims for Refund

LOCATION OF OFFENSE:        El Paso County, Colorado
                                              Pueblo County, Colorado
                                              Delta County, Colorado
                                              Logan County, Colorado
                                              Crowley County, Colorado
                                              Denver County, Colorado

PENALTY: **Count 1:**            NMT 10 years imprisonment; a fine of NMT
                                               twice the financial gain of $370,000 (or $740,000), or
                                               $250,000, whichever is greater; NMT 3 years
                                               supervised release; and $100 Special Assessment
**Counts 10, 12
14-17, 30**            NMT 5 years imprisonment; NMT
                                               $250,000 fine, or both; NMT 3 years supervised
                                               release; and $100 Special Assessment

AGENT:            Special Agent Anthony Romero, IRS CI

AUTHORIZED BY:  Martha A. Paluch, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
_____ five days or less
___ X  over five days
_____ other

THE GOVERNMENT
_____ will seek detention in this case
____ X___ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.
OCDETF CASE:    _____    Yes    ___ X ___ No