**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 15-cr-00149-JLK

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

1.    RAUL CARAVEO
**2.    PAMILA LUCERO,**
3.    SABRINA CARAVEO,
4.    EUGENE CHAVEZ,
5.    CAROLINA ARAGON, and
6.    CHRISTINA PORTILLOS,

       Defendants.

---

**ENTRY OF APPEARANCE ON BEHALF OF DEFENDANT PAMILA LUCERO**

---

      John Henry Schlie, a duly admitted and practicing attorney in the United

States District Court for the District of Colorado, hereby enters his appearance as

counsel of record for the Defendant, Pamila Lucero, in this matter.

      Respectfully submitted this 20th day of April, 2015.

                    s/ John Henry Schlie
                    **John Henry Schlie**
                    Law Office of John Henry Schlie, P.C.
                    7100 E. Belleview Avenue, Suite G-11
                    Greenwood Village, Colorado 80111
                    Telephone: (303) 830-1616
                    FAX: (303) 333-4124
                    E-mail: johnhenry@schlielawfirm.com
                    ATTORNEY FOR DEFENDANT
                    PAMILA LUCERO

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2015, I electronically filed the foregoing

**ENTRY OF APPEARANCE ON BEHALF OF DEFENDANT PAMILA LUCERO**

with the Clerk of Court using the CM/ECF system which will send notification of

such filing to the following e-mail addresses:


    Assistant United States Attorney Martha A. Paluch
    martha.paluch@usdoj.gov

    Martin Stuart, Esq.
    mstuart@portmanstuart.com


    s/ John Henry Schlie
    Law Office of John Henry Schlie, P.C.
    7100 E. Belleview Avenue, Suite G-11
    Greenwood Village, Colorado 80111
    Telephone: (303) 830-1616
    FAX: (303) 333-4124
    E-mail: johnhenry@schlielawfirm.com
    ATTORNEY FOR DEFENDANT
    PAMILA LUCERO