AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

United States of America
v.
PAMILA LUCERO

Defendant

Case No. 15-cr-00149-JLK

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 20 2015
JEFFREY P. COLWELL
CLERK

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    PAMILA LUCERO,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to File False Claims for Refund- 18 U.S.C. § 286
False Claims for Refund- 18 U.S.C. § 287 -- Aid and Abet - 18 U.S.C. § 2(a)

Date: 04/07/2015

s/Jennifer Hawkins
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk, US District Court
*Printed name and title*

### Return

This warrant was received on *(date)* April 8, 2015, and the person was arrested on *(date)* April 16, 2015
at *(city and state)* Colorado Springs, CO.

Date: April 16, 2015

*Arresting officer's signature*

Tony Romero
*Printed name and title*