DEFENDANT:  5. CAROLINA ARAGON

DOB: 1956

ADDRESS:   Pueblo, CO   81004

COMPLAINT FILED?      _____ YES    X\_\_\_NO

OFFENSE: **Count 1:**      18 U.S.C. § 286 - Conspiracy to File False Claims for Refund

**Counts 37-39**    18 U.S.C. § 287 – False Claims for Refund

LOCATION OF OFFENSE:    El Paso County, Colorado
Pueblo County, Colorado
Delta County, Colorado
Logan County, Colorado
Crowley County, Colorado
Denver County, Colorado

PENALTY:  **Count 1:**     NMT 10 years imprisonment; a fine of NMT twice the financial gain of $370,000 (or $740,000), or $250,000, whichever is greater; NMT 3 years supervised release; and $100 Special Assessment

**Counts 37-39**    NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment

AGENT:     Special Agent Anthony Romero, IRS CI

AUTHORIZED BY:  Martha A. Paluch, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
_____ five days or less
\_\_\_\_X\_ over five days
_____ other

THE GOVERNMENT
_____ will seek detention in this case
\_\_\_\_\_X\_\_\_ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.
OCDETF CASE:   _____   Yes      \_\_X\_\_\_ No