<u>DEFENDANT</u>:   8. NANCY GUZMAN

<u>DOB</u>:  1950

<u>ADDRESS</u>:    Denver, CO 80239

<u>COMPLAINT FILED?</u>         _____ YES    X    NO

<u>OFFENSE</u>:   **Count 1:**         18 U.S.C. § 286 - Conspiracy to File False Claims for Refund
              **Counts 34-35:**    18 U.S.C. § 287 – False Claims for Refund

<u>LOCATION OF OFFENSE</u>:     Pueblo County, Colorado

<u>PENALTY</u>:  **Count 1:**         NMT 10 years imprisonment; a fine of NMT twice the financial gain of $370,000 (or $740,000), or $250,000, whichever is greater; NMT 3 years supervised release; and $100 Special Assessment

           **Counts 34-35:**   NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment

<u>AGENT</u>:            Special Agent Anthony Romero, IRS CI

<u>AUTHORIZED BY</u>:  Martha A. Paluch, Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:
_____ five days or less
__X__ over five days
_____ other

<u>THE GOVERNMENT</u>
_____ will seek detention in this case
___X___ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

<u>OCDETF CASE</u>:   _____   Yes         __X__ No