**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   15-cr-00149-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAUL CARAVEO,
2. **PAMILA LUCERO**,
3. SABRINA CARAVEO,
4. **EUGENE CHAVEZ,**
5. CAROLINA ARAGON,
6. **CRISTINA PORTILLOS**,
7. CONRAD ARCHULETA, and
8. NANCY GUZMAN**,**

    Defendants.

---

## PARTIES' JOINT STATUS REPORT

---

The United States of America, through Assistant United States Attorney Martha A. Paluch, defendant Pamila Lucero, through her counsel John Schlie, Eugene Chavez, through his counsel Thomas Ward, and defendant Cristina Portillos, through her counsel John Mosby, submit this Joint Status Report, pursuant to the Court's August 19, 2015 Order.

### Background

The parties last filed a joint status report on July 8, 2015.   Doc. 147.   On July 14, 2015, United States District Court Senior Judge John L. Kane ordered the parties to file a

1

second joint status report by September 8, 2015.   Doc. 152.   The case was reassigned to this Court on August 6, 2015.   Doc. 164.

Since the filing of the July 8, 2015 joint status report, Defendants Raul Caraveo, Sabrina Caraveo, Carolina Aragon, Conrad Archuleta, and Nancy Guzman have filed notices of disposition.   Docs. 160, 166, 172, 185, and 204.   Accordingly, this joint status report represents the positions of the remaining three defendants and the government. This joint status report has also been emailed to counsel for the five defendants who have pled or will be pleading guilty in this case and they represent that they have no additions to this filing.

At the August 19, 2015 status hearing, the Court ordered that the parties address in its September 8, 2015 joint status report their respective positions as to the speedy trial calculation that applies to this case, and propose a motions deadline.

**Government's position regarding the speedy trial calculation**

As stated in the July 8, 2015 joint status report, Defendants Conrad Archuleta and Nancy Guzman were added to this case by a Superseding Indictment, which was returned on June 10, 2015. Doc. 93. The last defendant to appear in this case was Defendant Nancy Guzman.   Her initial appearance and arraignment occurred on June 26, 2015.   Doc. 132. The seventy-day speedy trial calculation for Defendant Guzman, as set forth in the discovery conference memorandum, is September 4, 2015.   Doc. 137. Accordingly, the government maintains that September 4, 2015, is the seventy-day speedy trial computation for all defendants, prior to any ends of justice continuances. "All defendants who are joined for trial generally fall within the speedy trial computation of

the latest codefendant."  *Henderson v. United States,* 476 U.S. 321, 323 n.2 (1986); *United States v. Margheim*, 770 F.3d 1312, 1318-1319 (2014) (same); *see* 18 U.S.C. § 3161(h)(6) (excludes from the speedy trial computation "[a] reasonable period of delay when the defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted").

Defendants Conrad Archuleta and Nancy Guzman filed motions for an order excluding 120 days from the speedy trial computations.  Docs. 146 and 151.  Neither the remaining defendants nor the government opposed these requests.  Judge Kane granted these motions on July 14, 2015.  Doc. 152.  Accordingly, the government maintains that, without any further exclusions, the speedy trial clock expires 120 days from September 4, 2015, which is January 2, 2016.  The government submits that the fact the original six defendants in this case were previously granted 120-day continuances, docs. 80 and 86, does not alter this analysis.

**Defendants' position regarding the speedy trial calculation**

Defendants contend that the speedy trial deadline is February 26, 2016. Defendants maintain that the correct speedy trial calculation is as follows:

- The original Indictment (Doc. 1) was returned on April 7, 2015.  The last defendant to be arraigned was Defendant Sabrina Caraveo on May 4, 2015, establishing an initial 70-day speedy trial deadline of July 2, 2015.

- On May 8, 2015, (Doc. 80) the Court granted the Unopposed Joint Motion for an Ends of Justice Continuance (Doc. 79) filed by Defendants Raul Caraveo and Pamila Lucero.  The Court ordered that "120 days shall be added to the speedy

trial calculations for both Defendant Caraveo (1) and Defendant Lucero (2)." The court clarified by an order issued on May 20, 2015 (Doc. 86) that the order adding 120 days to the speedy trial computation applied to all defendants in the case. The additional 120 days had the effect of extending the speedy trial deadline from July 2, 2015 to October 30, 2015.

- On June 10, 2015, the government filed a Superseding Indictment (Doc. 93) charging the original six plus two additional defendants. The latest Defendant arraigned as to the Superseding Indictment was Defendant Guzman on June 26, 2015. The Court calculated Ms. Guzman's 70-day speedy trial deadline to be September 4, 2015 (See, Discovery Conference Memorandum, Doc. 137), however, this date was not applicable because as of the time of Guzman's arraignment the Court had already added 120 days to the speedy trial calculation, extending it to October 30, 2015. The Court had found that the additional 120 days were necessary to the presentation of a reasonable defense and that the interest of the defendants and the public in a speedy trial were outweighed by the need for additional time for defense counsel to effectively prepare the defense. The arraignment of Defendant Guzman did not have the effect of nullifying the Court's earlier order and moving the speedy trial deadline *back* from October 30, 2015 to September 4, 2015.

- On July 8, 2015, Defendant Archuleta filed a motion (Doc. 146) to exclude an additional 120-days to the speedy trial computation. On July 14, 2015, Defendant Guzman filed a similar motion (Doc. 151). On July 14, 2015, the Court granted

both of these motions and again ordered "that 120 days be added to the speedy trial calculations for ALL defendants." (Doc. 152)(emphasis in original).   The Court further ordered that the parties file this Status Report on or before September 8, 2015.   The Court's order had the effect of excluding an additional 120 days of speedy trial time and extending the deadline from October 30, 2015, to **February 26, 2016**.   There have been no further exclusions, extensions, or continuances.

- The parties previously filed a Status Report (Doc. 147) on July 8, 2015, as ordered by the Court.   In that document the parties indicated that as the result of Guzman's June 26th arraignment, "September 4, 2015, is the seventy-day speedy trial computation for all defendants, prior to any ends of justice continuances."   The parties did not present a calculation to the Court that specifically included the 120-day ends of justice continuance that had already been granted prior to the date of Guzman's arraignment.

**Proposed motions deadline**

The defendants request a motions filing deadline of no earlier than November 6, 2015, and believe that due to the voluminous discovery in the case, a later date would be appropriate if the Court agrees that the applicable speedy trial deadline is February 26, 2016.   The government requests two weeks from the motions due date to respond to all motions.[1]

---

1 To include its response to Doc. 201, unless the Court orders otherwise.

Dated this 8th day of September, 2015.

<u>  s/John Schlie       </u>            <u>9/8/15     </u>
John Schlie                              Dated
Counsel for Pamila Lucero


<u>  s/Thomas Ward       </u>            <u>9/815      </u>
Thomas Ward                              Dated
Counsel for Eugene Chavez


<u>  s/John Mosby         </u>           <u>9/8/15      </u>
John Mosby                               Dated
Counsel for Cristina Portillos


<u> s/ Martha A. Paluch      </u>        <u>9/8/15    </u>
AUSA Martha A. Paluch                    Dated
Counsel for the United States

6

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 8th day of September, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Mr. Martin Stuart
Counsel for Raul Caraveo
mstuart@portmanstuart.com

Mr. David Owen, Jr.
Counsel for Conrad Archuleta
davidowen@lodopc.com

Mr. John Schlie
Counsel for Pamila Lucero
johnhenry@schlielawfirm.com

Mr. John Sullivan, III
Counsel for Nancy Guzman
jfslaw1@aol.com

Ms. Marci Gilligan
Counsel for Sabrina Caraveo
gilligan@ridleylaw.com

Mr. Thomas Ward
Counsel for Eugene Chavez
tward@wardlawdenver.com

Mr. Robert Pepin
Counsel for Carolina Aragon
Robert_Pepin@fd.org

Mr. John Mosby
Counsel for Cristina Portillos
john_mosby@msn.com

       s/ *Mariah Tracy*
       MARIAH TRACY
       Legal Assistant
       U.S. Attorney's Office
       1225 17th St., Suite 700
       Denver, CO   80202
       Telephone:  (303) 454-0100
       Fax:  (303) 454-0401
       e-mail: Mariah.Tracy@usdoj.gov