IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149-JLK

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

1.    RAUL CARAVEO
2.    **PAMILA LUCERO,**
3.    SABRINA CARAVEO,
4.    EUGENE CHAVEZ,
5.    CAROLINA ARAGON, and
6.    CHRISTINA PORTILLOS,
7.    CONRAD ARCHULETA, and
8.    NANCY GUZMAN,

       Defendants.

---

**MOTION TO FILE DOCKET NOS. 271, 272 AND 273
UNDER LEVEL 1 RESTRICTED ACCESS**

---

The Defendant, Pamila Lucero, by and through counsel, John Henry Schlie, hereby moves pursuant to Rule 47, Federal Rules of Criminal Procedure, and D.C.COLO.LCrR 47.1 to file Docket Nos. 271, 272 and 273 under Level 1 Restricted Access. In support of said Motion, Ms. Lucero would respectfully state to the Court as follows:

1. Ms. Lucero moves that Docket Nos. 271, 272 and 273 be filed under Level 1 Restricted Access for the reasons stated in Docket No. 272 filed contemporaneously herewith.

WHEREFORE, Ms. Lucero prays that this Court enter an order pursuant to D.C.COLO.LCrR 47.1 to file Docket Nos. 271, 272 and 273 under Level 1 Restricted

Access and for such other and further relief as the Court may deem to be just and appropriate in the premises.

Respectfully submitted this 13th day of November, 2015.

        s/ John Henry Schlie
        **John Henry Schlie**
        Law Office of John Henry Schlie, P.C.
        7100 E. Belleview Avenue, Suite G-11
        Greenwood Village, Colorado 80111
        Telephone: (303) 830-1616
        FAX: (303) 333-4124
        E-mail: johnhenry@schlielawfirm.com
        ATTORNEY FOR DEFENDANT
        PAMILA LUCERO

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2015, I electronically filed the foregoing **MOTION TO FILE DOCKET NOS. 271, 272 AND 273 AND UNDER LEVEL 1 RESTRICTED ACCESS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Assistant United States Attorney Martha A. Paluch
martha.paluch@usdoj.gov

Martin Stuart, Esq.
mstuart@portmanstuart.com

Marci Gilligan, Esq.
gilligan@ridleylaw.com

Thomas Ward, Esq.
tward@wardlawdenver.com

Robert Pepin, Esq.
Robert_Pepin@fd.org

John Mosby, Esq.

john_mosby@msn.com

David Owen, Jr., Esq.
davidowen@lodopc.com

John F. Sullivan, III. Esq.
jfslaw1@aol.com

                                                <u>s/ John Henry Schlie</u>
Law Office of John Henry Schlie, P.C.
7100 E. Belleview Avenue, Suite G-11
Greenwood Village, Colorado 80111
Telephone: (303) 830-1616
FAX: (303) 333-4124
E-mail: johnhenry@schlielawfirm.com
ATTORNEY FOR DEFENDANT
PAMILA LUCERO