IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149-RM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

1.    RAUL CARAVEO
2.    **PAMILA LUCERO,**
3.    SABRINA CARAVEO,
4.    EUGENE CHAVEZ,
5.    CAROLINA ARAGON, and
6.    CHRISTINA PORTILLOS,
7.    CONRAD ARCHULETA, and
8.    NANCY GUZMAN,

    Defendants.

---

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW MOTION FOR IDENTIFICATION OF AND EVIDENTIARY HEARING REGARDING ADMISSIBILITY OF
CO-CONSPIRATOR STATEMENTS**

---

    The Defendant, Pamila Lucero, by and through counsel, John Henry Schlie, pursuant to Rule 12(b), Federal Rules of Criminal Procedure, hereby moves for leave to withdraw her Motion for Identification of and Evidentiary Hearing Regarding Admissibility of Co-Conspirator Statements filed on November 13, 2015 (Docket No. 269).  In support of said Motion, Ms. Lucero respectfully states to the Court that, after consultation, the consideration of said Motion is not in her best interests at this time.

    The undersigned counsel states that he has conferred with Assistant United States Attorney Martha Paluch and has been authorized to state that the Government

has no objection to the relief sought herein.

WHEREFORE, Ms. Lucero prays that this Court enter an order granting her leave to withdraw her Motion for Identification of and Evidentiary Hearing Regarding Admissibility of Co-Conspirator Statements filed on November 13, 2015 (Docket No. 269) and for such other and further relief as the Court may deem just and appropriate in the premises.

Respectfully submitted this 20th day of November, 2015.

>s/ John Henry Schlie
**John Henry Schlie**
Law Office of John Henry Schlie, P.C.
7100 E. Belleview Avenue, Suite G-11
Greenwood Village, Colorado 80111
Telephone: (303) 830-1616
FAX: (303) 333-4124
E-mail: johnhenry@schlielawfirm.com
ATTORNEY FOR DEFENDANT
PAMILA LUCERO

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2015, I electronically filed the foregoing **UNOPPOSED MOTION FOR LEAVE TO WITHDRAW MOTION FOR IDENTIFICATION OF AND EVIDENTIARY HEARING REGARDING ADMISSIBILITY OF CO-CONSPIRATOR STATEMENTS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Assistant United States Attorney Martha A. Paluch
martha.paluch@usdoj.gov

Martin Stuart, Esq.
mstuart@portmanstuart.com

Marci Gilligan, Esq.
gilligan@ridleylaw.com

Thomas Ward, Esq.
tward@wardlawdenver.com

Robert Pepin, Esq.
Robert_Pepin@fd.org

John Mosby, Esq.
john_mosby@msn.com

David Owen, Jr., Esq.
davidowen@lodopc.com

John F. Sullivan, III. Esq.
jfslaw1@aol.com

                        s/ John Henry Schlie
Law Office of John Henry Schlie, P.C.
7100 E. Belleview Avenue, Suite G-11
Greenwood Village, Colorado 80111
Telephone: (303) 830-1616
FAX: (303) 333-4124
E-mail: johnhenry@schlielawfirm.com
ATTORNEY FOR DEFENDANT
PAMILA LUCERO