**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   15-cr-00149-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAUL CARAVEO,
2. **PAMILA LUCERO,**
3. SABRINA CARAVEO,
4. EUGENE CHAVEZ,
5. CAROLINA ARAGON,
6. **CRISTINA PORTILLOS**,
7. CONRAD ARCHULETA, and
8. NANCY GUZMAN**,**

    Defendants.

---

**ORDER ON GOVERNMENT'S MOTION TO
RESTRICT ACCESS TO DOC. 299, LEVEL ONE RESTRICTION**

---

    This matter comes before the Court on the Government's Motion to Restrict Access to Doc. 299, Level One Restriction.

    Having considered the grounds for this motion, it is HEREBY GRANTED.

    Document 299 shall be restricted to Level One Restriction, with access for case participants and the Court only.

                                                                   _____
                                                                   RAYMOND P. MOORE
                                                                     United States District Court Judge