IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149-JLK

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

1.    RAUL CARAVEO
2.    **PAMILA LUCERO,**
3.    SABRINA CARAVEO,
4.    EUGENE CHAVEZ,
5.    CAROLINA ARAGON, and
6.    CHRISTINA PORTILLOS,
7.    CONRAD ARCHULETA, and
8.    NANCY GUZMAN,

       Defendants.

_____

**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS**
_____

PLEASE TAKE NOTICE that the firm name and address for John Henry Schlie, counsel for Defendant Pamila Lucero, is now as follows:

Firm Name: John Henry Schlie, P.C.,
Address:    5105 DTC Parkway, Suite 450
               Greenwood Village, Colorado 80111.

The telephone number and e-mail address will remain as before but the fax number has been changed to (303) 220-8150.

Respectfully submitted this 19th day of January, 2016.

                                            s/ John Henry Schlie
                                            **John Henry Schlie**
                                            Law Office of John Henry Schlie, P.C.
                                            5105 DTC Parkway, Suite 450
                                            Greenwood Village, Colorado 80111
                                            Telephone: (303) 830-1616

FAX: (303) 220-8150
E-mail: johnhenry@schlielawfirm.com
ATTORNEY FOR DEFENDANT
PAMILA LUCERO

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2016, I electronically filed the foregoing **NOTICE OF CHANGE OF FIRM NAME AND ADDRESS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Assistant United States Attorney Martha A. Paluch
martha.paluch@usdoj.gov

Martin Stuart, Esq.
mstuart@portmanstuart.com

Marci Gilligan, Esq.
gilligan@ridleylaw.com

Thomas Ward, Esq.
tward@wardlawdenver.com

Robert Pepin, Esq.
Robert_Pepin@fd.org

John Mosby, Esq.
john_mosby@msn.com

David Owen, Jr., Esq.
davidowen@lodopc.com

John F. Sullivan, III. Esq.
jfslaw1@aol.com

2

<u>s/ John Henry Schlie</u>
Law Office of John Henry Schlie, P.C.
5105 DTC Parkway, Suite 450
Greenwood Village, Colorado 80111
Telephone: (303) 830-1616
FAX: (303) 220-8150
E-mail: johnhenry@schlielawfirm.com
ATTORNEY FOR DEFENDANT
PAMILA LUCERO