IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149-RM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

2.  PAMILA LUCERO,

        Defendant.

---

**DEFENDANT LUCERO'S NOTICE OF DISPOSITION
AND MOTION REQUESTING CHANGE OF PLEA HEARING**
_____

Defendant Pamila Lucero, by and through counsel, John Henry Schlie, hereby notifies this Court that a disposition has been reached in her case with the government. Ms. Lucero would request a change of plea hearing for the Court to consider the proposed plea agreement.

Respectfully submitted this 12th day of February, 2016.

        s/ John Henry Schlie
        **John Henry Schlie**
        John Henry Schlie, P.C.
        5105 DTC Parkway, Suite 450
        Greenwood Village, Colorado 80111
        Telephone: (303) 830-1616
        FAX: (303) 220-8150
        E-mail: johnhenry@schlielawfirm.com
        ATTORNEY FOR DEFENDANT
        PAMILA LUCERO

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2016, I electronically filed the foregoing **DEFENDANT LUCERO'S NOTICE OF DISPOSITION AND MOTION REQUESTING CHANGE OF PLEA HEARING** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Assistant United States Attorney Martha A. Paluch
martha.paluch@usdoj.gov

Martin Stuart, Esq.
mstuart@portmanstuart.com

Marci Gilligan, Esq.
gilligan@ridleylaw.com

Thomas Ward, Esq.
tward@wardlawdenver.com

Robert Pepin, Esq.
Robert_Pepin@fd.org

John Mosby, Esq.
john_mosby@msn.com

David Owen, Jr., Esq.
davidowen@lodopc.com

John F. Sullivan, III. Esq.
jfslaw1@aol.com

s/ John Henry Schlie
John Henry Schlie
