IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149-RM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

2.  PAMILA LUCERO,

        Defendant.

---

### DEFENDANT LUCERO'S UNOPPOSED MOTION TO BE EXCUSED FROM MOTIONS HEARING ON FEBRUARY 16, 2016

---

      Defendant Pamila Lucero, by and through counsel, John Henry Schlie, hereby moves pursuant to Rule 12(b), Federal Rules of Criminal Procedure, to be excused from the motions hearing set for February 16, 2016.  In support of said Motion, Ms. Lucero respectfully states to the Court as follows:

      On November 13, 2015, Ms. Lucero filed a Motion for Severance (Docket No. 271) regarding the joint trial of her case with that of Co-Defendant Portillos.[1]  The Motion for Severance, along with motions filed by Co-Defendant Portillos, was set for hearing on February 16, 2016.

      Contemporaneous with the filing of this Motion, Ms. Lucero has filed a Notice of Disposition after reaching a plea agreement with the Government.  Therefore, her

---

[1]Ms. Lucero also initially filed a Motion for Identification of and Evidentiary Hearing Regarding Admissibility of Co-Conspirator Statements (Docket No. 269) on the same day but filed a Motion to withdraw that Motion (Docket No. 286) on November 20, 2015.  The Court granted the Motion to withdraw the previously filed Motion on November 23, 2016 (Docket No. 289).

Motion for Severance is now moot and she requests that she be excused from appearing at the motions hearing on February 16, 2016.

Counsel for Ms. Lucero has spoken with Assistant United States Attorney Martha A. Paluch regarding the relief requested herein and has been authorized to state that the Government has no objection to this Motion.

Respectfully submitted this 12th day of February, 2016.

        s/ John Henry Schlie
        **John Henry Schlie**
        John Henry Schlie, P.C.
        5105 DTC Parkway, Suite 450
        Greenwood Village, Colorado 80111
        Telephone: (303) 830-1616
        FAX: (303) 220-8150
        E-mail: johnhenry@schlielawfirm.com
        ATTORNEY FOR DEFENDANT
        PAMILA LUCERO

### CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2016, I electronically filed the foregoing **DEFENDANT LUCERO'S UNOPPOSED MOTION TO BE EXCUSED FROM MOTIONS HEARING ON FEBRUARY 16, 2016** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Assistant United States Attorney Martha A. Paluch
martha.paluch@usdoj.gov

Martin Stuart, Esq.
mstuart@portmanstuart.com

Marci Gilligan, Esq.
gilligan@ridleylaw.com

Thomas Ward, Esq.
tward@wardlawdenver.com

Robert Pepin, Esq.
Robert_Pepin@fd.org

John Mosby, Esq.
john_mosby@msn.com

David Owen, Jr., Esq.
davidowen@lodopc.com

John F. Sullivan, III. Esq.
jfslaw1@aol.com

s/ John Henry Schlie
John Henry Schlie
