IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

Courtroom Deputy: Robert R. Keech             Date: February 29, 2016
Court Reporter: Tammy Hoffschildt             Interpreter: N/A
Probation Officer: N/A

**Criminal Case No. 15-cr-00149-RM**

<u>Parties</u>                                   <u>Counsel</u>

UNITED STATES OF AMERICA,                     Martha A. Paluch
                                              Brian D. Fields
        Plaintiff,

v.

**2.  PAMILA LUCERO**,                        John H. Schlie

        Defendant.

## COURTROOM MINUTES

**CHANGE OF PLEA HEARING**

**COURT IN SESSION: 1:19 p.m.**

Appearances of counsel.  Defendant is present and on bond.

Defendant sworn and answers true name;  Defendant is **38** years old.

**EXHIBITS:  Court Exhibit 1** - Plea Agreement;  **Court Exhibit 2** - Statement by Defendant in Advance of Plea of Guilty.

Defendant advised of maximum penalties.

Defendant advised that Court must consider restitution at the time of sentencing.

Defendant's right to trial by jury and other constitutional rights explained.

Defendant waives reading of Superseding Indictment.

Defendant pleads **GUILTY** to **Count 1** of the Superseding Indictment.

**ORDERED:**   Court Exhibit 1 and Court Exhibit 2 are admitted for purposes of this hearing.

Court accepts plea of guilty.

Court's findings and conclusions.

**ORDERED**:   Any pretrial motions still pending in this matter are **DENIED AS MOOT.**

**ORDERED**:   Sentencing is set for **Thursday, June 16, 2016, at 3:30 p.m., in Courtroom A-601.**

**ORDERED**:   Bond is **CONTINUED** as to defendant, Pamila Lucero.

**COURT IN RECESS:  1:58 p.m.**
**Total in court time: 00:39**
**Hearing concluded.**