**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 15-cr-00149-RM

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

2.  PAMILA LUCERO,

       Defendant.

_____

**DEFENDANT LUCERO'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE MOTION FOR DEPARTURE AND MOTION FOR A VARIANT SENTENCE AND PROVIDE SENTENCING-RELATED DOCUMENTS**
_____

      Defendant Pamila Lucero, by and through counsel, John Henry Schlie, hereby moves pursuant to Rule 12(b), Federal Rules of Criminal Procedure, for an extension of time, to June 7, 2016, in which to file a motion for departure and a motion for a variant sentence and to provide sentencing-related documents to Probation.  In support of said Motion, Ms. Lucero respectfully states to the Court as follows:

      1.  Sentencing in Ms. Lucero's case has been set for June 16, 2016.

      2.  Pursuant to D.C.COLO.LCrR 32.1( c), Ms. Lucero's motion for departure and motion for a variant sentence would be due on June 2, 2016.  Pursuant to D.C.COLO.LCrR 32.1(e), Ms. Lucero's deadline for submitting sentencing-related materials to Probation would be June 6, 2016.

      3. Counsel for Ms. Lucero will be out of the country starting on Friday May 27 for the celebration of his (and his wife's) 30th wedding anniversary and will not be back in the office until Monday June 6, 2016.  Therefore, Ms. Lucero requests an extension of

time, to June 7, 2016, in which to file a motion for departure and a motion for a variant sentence and to provide sentencing-related documents to Probation.

4.  Counsel for Ms. Lucero has contacted Assistant United States Attorney Martha Paluch regarding this Motion and the relief sought herein and AUSA Paluch has graciously authorized counsel to state that the Government has no objection to the relief sought but would request that it be allowed one week to respond to any motions for departure or a variant sentence filed by Ms. Lucero.  Counsel has also contacted Nicole Peterson from Probation and she has equally graciously stated that she also had no objections to the relief sought and would file a Second Addendum to the Presentence Investigation Report if necessary.

WHEREFORE, Ms. Lucero prays that this Court enter an order granting her an extension of time, to June 7, 2016, in which to file a motion for departure and a motion for a variant sentence and to provide sentencing-related documents to Probation, for an extension of one week for the Government to respond to the motions filed by Ms. Lucero, and for any such other and further relief as the Court deems just and appropriate in the premises .

Respectfully submitted this 25th day of May, 2016.

s/ John Henry Schlie
**John Henry Schlie**
John Henry Schlie, P.C.
5105 DTC Parkway, Suite 450
Greenwood Village, Colorado 80111
Telephone: (303) 830-1616
FAX: (303) 220-8150
E-mail: johnhenry@schlielawfirm.com
ATTORNEY FOR DEFENDANT
PAMILA LUCERO

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2016, I electronically filed the foregoing **DEFENDANT LUCERO'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE MOTION FOR DEPARTURE AND MOTION FOR A VARIANT SENTENCE AND PROVIDE SENTENCING-RELATED DOCUMENTS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Assistant United States Attorney Martha A. Paluch
martha.paluch@usdoj.gov

Martin Stuart, Esq.
mstuart@portmanstuart.com

Marci Gilligan, Esq.
gilligan@ridleylaw.com

Thomas Ward, Esq.
tward@wardlawdenver.com

Robert Pepin, Esq.
Robert_Pepin@fd.org

John Mosby, Esq.
john_mosby@msn.com

David Owen, Jr., Esq.
davidowen@lodopc.com

John F. Sullivan, III. Esq.
jfslaw1@aol.com

                                              s/ John Henry Schlie
                                              John Henry Schlie