**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   15-cr-00149-RM-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PAMILA LUCERO,

    Defendant.

---

**GOVERNMENT'S MOTION TO RESTRICT ACCESS
TO ECF NO. 465 LEVEL TWO RESTRICTION**

---

    The United States of America, through Assistant United States Attorney Martha A. Paluch, hereby requests that Government's Objections to Presentence Report, ECF No. 465, be filed under Level Two Restriction, with access restricted to the defendant and the Court only, for the reasons set forth in the Government's Brief in Support of its Motion to Restrict Access to ECF No. 465.

    Dated this 31st day of May, 2016.

    Respectfully submitted,

*s/ Martha A. Paluch*
Martha A. Paluch
Assistant U.S. Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO   80202
(303) 454-0100
Martha.paluch@usdoj.gov

1

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 31st day of May, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Mr. Martin Stuart
Counsel for Raul Caraveo
mstuart@portmanstuart.com

Mr. John Schlie
Counsel for Pamila Lucero
johnhenry@schlielawfirm.com

Ms. Marci Gilligan
Counsel for Sabrina Caraveo
gilligan@ridleylaw.com

Mr. Thomas Ward
Counsel for Eugene Chavez
tward@wardlawdenver.com

Mr. Robert Pepin
Counsel for Carolina Aragon
Robert_Pepin@fd.org

Mr. John Mosby
Counsel for Cristina Portillos
john_mosby@msn.com

Mr. David Owen, Jr.
Counsel for Conrad Archuleta
davidowen@lodopc.com

Mr. John Sullivan, III
Counsel for Nancy Guzman
jfslaw1@aol.com

    s/ *Martha A. Paluch*_____
   MARTHA A. PALUCH
   Assistant U.S. Attorney
1225 17th St., Suite 700
Denver, CO   80202
Telephone:  (303) 454-0100
Fax:  (303) 454-0100
Martha.paluch@usdoj.gov