**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No.   15-cr-00149-RM-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PAMILA LUCERO,

    Defendant.

---

**ORDER ON GOVERNMENT'S MOTION TO**
**RESTRICT ACCESS TO ECF NO. 465, LEVEL TWO RESTRICTION**

---

This matter comes before the Court on the Government's Motion to Restrict Access to ECF No. 465, Level Two Restriction.

Having considered the grounds for this motion, it is HEREBY GRANTED.

ECF No. 465 shall be restricted to Level Two Restriction, with access for the defendant and the Court only.

 

_____
RAYMOND P. MOORE
United States District Court Judge