## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149-RM

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

**2.**    **PAMILA LUCERO,**

       Defendants.

_____

## MOTION TO FILE DOCKET NOS. 483 AND 484
## UNDER LEVEL 2 RESTRICTED ACCESS
_____

The Defendant, Pamila Lucero, by and through counsel, John Henry Schlie, hereby moves pursuant to Rule 47, Federal Rules of Criminal Procedure, and D.C.COLO.LCrR 47.1 to file Docket Nos. 483 and 484 under Level 2 Restricted Access. In support of said Motion, Ms. Lucero would respectfully state to the Court as follows:

1.  Ms. Lucero moves that Docket Nos. 483 and 484 be filed under Level 2 Restricted Access for the reasons stated in Docket No. 483 filed contemporaneously herewith.

WHEREFORE, Ms. Lucero prays that this Court enter an order pursuant to D.C.COLO.LCrR 47.1 to file Docket Nos. 483 and 484  under Level 2 Restricted Access and for such other and further relief as the Court may deem to be just and appropriate in the premises.

Respectfully submitted this 7th day of June, 2016.

s/ John Henry Schlie
**John Henry Schlie**
John Henry Schlie, P.C.
5105 DTC Parkway, Suite 450
Greenwood Village, Colorado 80111
Telephone: (303) 830-1616
FAX: (303) 220-8150
E-mail: johnhenry@schlielawfirm.com
ATTORNEY FOR DEFENDANT
PAMILA LUCERO

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2016, I electronically filed the foregoing **MOTION**

**TO FILE DOCKET NOS. 483 AND 484  AND  UNDER LEVEL 2 RESTRICTED**

**ACCESS** with the Clerk of Court using the CM/ECF system which will send notification

of such filing to the following e-mail addresses:

Assistant United States Attorney Martha A. Paluch
martha.paluch@usdoj.gov

Assistant United States Attorney Bryan D. Fields
Bryan.Fields3@usdoj.gov

Martin Stuart, Esq.
mstuart@portmanstuart.com

Marci Gilligan, Esq.
gilligan@ridleylaw.com

Thomas Ward, Esq.
tward@wardlawdenver.com

Robert Pepin, Esq.
Robert_Pepin@fd.org

John Mosby, Esq.
john_mosby@msn.com

David Owen, Jr., Esq.
davidowen@lodopc.com

John F. Sullivan, III. Esq.
jfslaw1@aol.com

s/ John Henry Schlie
**John Henry Schlie**
John Henry Schlie, P.C.
5105 DTC Parkway, Suite 450
Greenwood Village, Colorado 80111
Telephone: (303) 830-1616
FAX: (303) 220-8150
E-mail: johnhenry@schlielawfirm.com
ATTORNEY FOR DEFENDANT
PAMILA LUCERO