IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00149-RM-02

UNITED STATES OF AMERICA,

  Plaintiff,

v.

PAMILA LUCERO,

  Defendant.

## GOVERNMENT'S MOTION TO DISMISS COUNTS WITH PREJUDICE

The United States of America, by and through Martha A. Paluch and Bryan D. Fields, Assistant United States Attorneys, hereby respectfully moves the Court, after having accepted Defendant Pamila Lucero's plea of guilty to Count 1 of the Superseding Indictment and pursuant to the terms of the plea agreement in this case, to dismiss with prejudice Counts 2 through 35 of the Superseding Indictment with respect to Defendant Pamila Lucero only at the time of sentencing.

  Respectfully submitted,

  *s/ Martha A. Paluch*
  Martha A. Paluch
  Bryan D. Fields
  Assistant U.S. Attorneys
  United States Attorney's Office
  1225 17th Street, Suite 700
  Denver, CO  80202
  (303) 454-0100
  Martha.paluch@usdoj.gov

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of June 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

| | |
|---|---|
| Mr. Martin Stuart<br>Counsel for Raul Caraveo<br>mstuart@portmanstuart.com | Mr. David Owen, Jr.<br>Counsel for Conrad Archuleta<br>davidowen@lodopc.com |
| Mr. John Schlie<br>Counsel for Pamila Lucero<br>johnhenry@schlielawfirm.com | Mr. John Sullivan, III<br>Counsel for Nancy Guzman<br>jfslaw1@aol.com |
| Ms. Marci Gilligan<br>Counsel for Sabrina Caraveo<br>gilligan@ridleylaw.com | |
| Mr. Thomas Ward<br>Counsel for Eugene Chavez<br>tward@wardlawdenver.com | |
| Mr. Robert Pepin<br>Counsel for Carolina Aragon<br>Robert_Pepin@fd.org | |
| Mr. John Mosby<br>Counsel for Cristina Portillos<br>john_mosby@msn.com | |

                                               s/ *Mariah Tracy*
                                               MARIAH TRACY
                                               Legal Assistant
                                               U.S. Attorney's Office
                                               1225 17th St., Suite 700
                                               Denver, CO  80202
                                               Telephone:  (303) 454-0100
                                               Fax:  (303) 454-0401
                                               e-mail: Mariah.Tracy@usdoj.gov