IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00149-RM-02

UNITED STATES OF AMERICA,

        Plaintiff,

v.

PAMILA LUCERO,

        Defendant.

---

## ORDER ON GOVERNMENT'S MOTION TO DISMISS COUNTS WITH PREJUDICE

---

        THIS MATTER comes before the Court upon the Government's motion to

dismiss with prejudice Counts 2 through 35 of the Superseding Indictment with respect

to Defendant Pamila Lucero only.  The Court having considered this motion, it is hereby

        ORDERED that the Government's Motion to Dismiss Counts With Prejudice

[Doc.   ] is GRANTED.  It is further

        ORDERED that Counts 2 through 35 of the Superseding Indictment are

dismissed with prejudice as to Defendant Pamila Lucero only.


        DATED this _____ day of _____, 2016.


                        BY THE COURT:


                        _____
                        RAYMOND P. MOORE
                        United States District Judge
                        District of Colorado