IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00149-RM-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PAMILA LUCERO,

    Defendant.

---

### GOVERNMENT'S MOTION TO GRANT THE DEFENDANT AN ADDITIONAL ONE-LEVEL DECREASE PURSUANT TO U.S.S.G § 3E1.1(b)

---

The United States of America, by and through Martha A. Paluch, Assistant United States Attorney, at sentencing, and as a condition thereof, moves the Court for an order granting the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines Section 3E1.1(b).  Defendant's agreement to plead guilty and timely notice thereof permitted the government to avoid preparing for trial and permitted both the government and the Court to allocate their resources more efficiently.

    Respectfully submitted,

    *s/ Martha A. Paluch*
    Martha A. Paluch
    Bryan D. Fields
    Assistant U.S. Attorneys
    United States Attorney's Office
    1225 17th Street, Suite 700
    Denver, CO  80202
    (303) 454-0100
    Martha.paluch@usdoj.gov

## CERTIFICATE OF SERVICE

   I hereby certify that on this 9th day of June 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Mr. Martin Stuart
Counsel for Raul Caraveo
mstuart@portmanstuart.com

Mr. John Schlie
Counsel for Pamila Lucero
johnhenry@schlielawfirm.com

Ms. Marci Gilligan
Counsel for Sabrina Caraveo
gilligan@ridleylaw.com

Mr. Thomas Ward
Counsel for Eugene Chavez
tward@wardlawdenver.com

Mr. Robert Pepin
Counsel for Carolina Aragon
Robert_Pepin@fd.org

Mr. John Mosby
Counsel for Cristina Portillos
john_mosby@msn.com

Mr. David Owen, Jr.
Counsel for Conrad Archuleta
davidowen@lodopc.com

Mr. John Sullivan, III
Counsel for Nancy Guzman
jfslaw1@aol.com

             s/ *Mariah Tracy*
             MARIAH TRACY
             Legal Assistant
             U.S. Attorney's Office
             1225 17th St., Suite 700
             Denver, CO  80202
             Telephone:  (303) 454-0100
             Fax:  (303) 454-0401
             e-mail: Mariah.Tracy@usdoj.gov