# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter: Janet Coppock<br>Probation Officer: Nicole Peterson | Date: June 16, 2016<br>Interpreter: n/a |

**CASE NO.   15-cr-00149-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Martha Paluch |
| | Bryan Fields |
| Plaintiff, | |
| v. | |
| 2.  PAMILA LUCERO, | John Schlie |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING**
**COURT IN SESSION:      11:00 a.m.**
Appearances of counsel.   Defendant is present and in custody/on bond.

Defendant entered her plea on February 29, 2016, to Count 1 of the Superseding Indictment.   The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding pending motions and objections.

**ORDERED:**   Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b) [Doc. 487] is GRANTED as stated on the record.

**ORDERED:**   Government's Motion to Dismiss Counts with Prejudice (Doc. 486) is GRANTED as stated on the record.

As to the issues of Defendant's role in the offense and amount of loss, the Government will present evidence.

11:07 a.m.    Government's witness, IRS Special Agent Anthony Romero, is sworn and examined by Ms. Paluch.

11:19 a.m.    Anthony Romero is cross-examined by Mr. Schlie.

11:24 a.m.    Redirect examination of Anthony Romero by Ms. Paluch.

11:25 a.m.    Re-cross examination of Anthony Romero by Mr. Schlie.

Argument given by counsel regarding Defendant's role in the offense.

Court's findings regarding Defendant's role in the offense.

**ORDERED:**  The aggravated role adjustment requested by the Government is DENIED.

11:43 a.m.    IRS Special Agent Anthony Romero is examined by Ms. Paluch regarding loss amount.

11:54 a.m.    Anthony Romero is cross-examined by Mr. Schlie and questioned by the Court.

Discussion held regarding ECF Doc. 465-1, which is used as an exhibit during Special Agent Romero's testimony.

**ORDERED:**  This hearing is continued to **July 29, 2016, at 2:30 p.m.**

**ORDERED:**  Counsel for the Government shall file a brief regarding restitution and loss calculation on or before **June 30, 2016,** and counsel for defendant shall file a brief on the same issues on or before **July 8, 2016.**

**ORDERED:**  Defendant is continued on bond.

**Court in recess:**    **12:28 p.m.**
Hearing continued.
Total time:              1:28