**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 15-cr-00149-RM

UNITED STATES OF AMERICA,

        Plaintiff,
vs.

2.  PAMILA LUCERO,

        Defendant.

_____

**DEFENDANT LUCERO'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSE TO GOVERNMENT'S SENTENCING BRIEF RE LOSS CALCULATION**
_____

      Defendant Pamila Lucero, by and through counsel, John Henry Schlie, hereby moves pursuant to Rule 12(b), Federal Rules of Criminal Procedure, for an extension of time, to July 13, 2016, in which to file her response to the Government's Sentencing Brief Re Loss Calculation.  In support of said Motion, Ms. Lucero respectfully states to the Court as follows:

      1.  Sentencing in Ms. Lucero's case has been reset for June 29, 2016.

      2.   At the initial sentencing hearing, the Court directed the Government to provide its legal and factual basis for the calculation of loss for purposes of the advisory sentencing guidelines by June 30, 2016.   Ms. Lucero's response to the Government's brief was set for July 8, 2016.

      3. Counsel for Ms. Lucero currently has a confluence of deadlines on July 7 and 8 and, although he thought at the time of the initial sentencing hearing, too optimistically as it turned out, that he would be able to meet all those deadlines, it has already

become readily apparent that he cannot, even by working through the holiday weekend. Some of those deadlines, including an opening brief due in the Colorado Court of Appeals and the witness and exhibit lists for a pretrial conference, cannot by moved. Therefore, Ms. Lucero requests an extension of time, to July 13, 2016, in which to file her response to the Government's Sentencing Brief Re Loss Calculation

4.  Counsel for Ms. Lucero has contacted Assistant United States Attorney Martha Paluch regarding this Motion and the relief sought herein and AUSA Paluch has authorized counsel to state that the Government has no objection.

WHEREFORE, Ms. Lucero prays that this Court enter an order granting her an extension of time, to July 13, 2016, in which to file her response to the Government's Sentencing Brief Re Loss Calculation and for any such other and further relief as the Court deems just and appropriate in the premises .

Respectfully submitted this 2nd day of July, 2016.

> s/ John Henry Schlie
> **John Henry Schlie**
> John Henry Schlie, P.C.
> 5105 DTC Parkway, Suite 450
> Greenwood Village, Colorado 80111
> Telephone: (303) 830-1616
> FAX: (303) 220-8150
> E-mail: johnhenry@schlielawfirm.com
> ATTORNEY FOR DEFENDANT
> PAMILA LUCERO

### CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2016, I electronically filed the foregoing **DEFENDANT LUCERO'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSE TO GOVERNMENT'S SENTENCING BRIEF RE LOSS**

**CALCULATION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Assistant United States Attorney Martha A. Paluch
martha.paluch@usdoj.gov

Martin Stuart, Esq.
mstuart@portmanstuart.com

Marci Gilligan, Esq.
gilligan@ridleylaw.com

Thomas Ward, Esq.
tward@wardlawdenver.com

Robert Pepin, Esq.
Robert_Pepin@fd.org

John Mosby, Esq.
john_mosby@msn.com

David Owen, Jr., Esq.
davidowen@lodopc.com

John F. Sullivan, III. Esq.
jfslaw1@aol.com

                                                s/ John Henry Schlie
                                                John Henry Schlie