IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:   Cathy Pearson | Date:   July 29, 2016 |
| Court Reporter:   Julie Thomas | Interpreter:   n/a |
| Probation Officer:   Melissa Roberts for Nicole Peterson | |

**CASE NO.   15-cr-00149-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Martha Paluch |
| | Bryan Fields |
| Plaintiff, | |
| v. | |
| 2.   PAMILA LUCERO, | John Schlie |
| Defendant. | |

### COURTROOM MINUTES

**CONTINUED SENTENCING HEARING**
**COURT IN SESSION:**       2:30 p.m.
Appearances of counsel.   Defendant is present and on bond.

The Court states the status of the issue of loss amount attributable to Defendant Pamila Lucero.

| | |
|---|---|
| 2:36 p.m. | Government's witness, IRS Special Agent Anthony Romero, is sworn and examined by Ms. Paluch. |
| 2:54 p.m. | Cross-examination of Anthony Romero by Mr. Schlie. |
| 2:57 p.m. | Redirect examination of Anthony Romero by Ms. Paluch. |
| 2:58 p.m. | Witness is excused. |
| 3:00 p.m. | Counsel present closing arguments regarding loss amount. |

Court's findings and ruling regarding loss amount stated on the record.

Discussion held regarding the issue of obstruction.

Defendant addresses the Court regarding the letter she wrote to a co-defendant's parents.

Court's findings regarding the letter and the issue of obstruction stated on the record.

The Court affirms the orders previously entered on Government's Motion to Dismiss Counts with Prejudice (Doc. 486) and Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b) [Doc. 487].

**Court in recess:** 3:53 p.m.
**Court in session:** 4:07 p.m.

Counsel for the Government addresses the Court regarding sentencing.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant addresses the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Defendant Lucero's Motions for Downward Departure from the Advisory Guideline Calculation and Downward Variance from the Advisory Guideline Range (Doc. 484) are DENIED as stated on the record.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, PAMILA LUCERO, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **27 months.**

Court RECOMMENDS that defendant receive credit for    days spent in custody.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility at the closest available institution to Colorado Springs, Colorado.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **three (3) years.**

**ORDERED:** **Mandatory Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not unlawfully possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:** **Special Conditions** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as Defendant is released from the program by the probation officer.   Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.   Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.
- (**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.
- (**X**) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.
- (**X**) Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall remain medication compliant and shall take all medications that are prescribed by her treating psychiatrist.   Defendant shall cooperate with random blood tests as requested by her treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of her prescribed medications is maintained.

**ORDERED:** Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed, because Defendant has no ability to pay a fine.

**ORDERED:**  Defendant shall make **restitution** in the amount of **$277,586.66** to IRS RACS, Attn:   Mail Stop 6251, Restitution, 333 West Pershing Avenue, Kansas City, MO 64108.

**ORDERED:**  Restitution is joint and several with all co-defendants in this case.

**ORDERED:**  Interest on restitution is **waived**, because Defendant has no ability to pay the interest.

The Court finds, pursuant to 18 U.S.C. § 3663A(c)(3)(B), that determining complex issues of fact related to the cause or amount of the victims' losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim is outweighed by the burden on the sentencing process.

Defendant advised of right to appeal.

**ORDERED:**  Any notice of appeal must be filed within 14 days.

**ORDERED:**  Defendant's bond is continued.

**ORDERED:**  That the defendant shall voluntarily surrender and report to the institution designated by the Bureau of Prisons within 30 days from the date of designation, with travel at her own expense.

**Court in recess:**     4:33 p.m.
Hearing concluded.
Total time:                1:50