IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 15-cr-00149-RM-2

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

PAMILA LUCERO,

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

        IT IS ORDERED that Defendant, PAMILA LUCERO, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender herself by reporting to the Warden, FMC Carswell in Fort Worth, TX, on September 8, 2016, by 12:00 Noon, and will travel at her own expense.

        DATED at Denver, Colorado, this __10th__ day of August, 2016.

        BY THE COURT:

        RAYMOND P. MOORE
        United States District Judge